JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 291 -- IN RE CENCO INCORPORATED SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/3/76 | 1 | MOTION, BRIEF, AFFIDAVITS, EXHIBITS 1 through 10 -- Defendants CENCO INC., THEODORE VAN ZELST, PHILIP D. GELVIN   Suggested Transferee District: N.D. Illinois   Suggested Transferee Judge: |
| 12/10/76 | | AMENDED CERTIFICATE OF SERVICE -- MOVANT |
| 12/14/76 | | APPEARANCES -- Bernard A. Magdovitz by James Goldman   Cenco Inc., Theddore Van Zelst, Philip D. Gelvin and Seelect Dietary Products, Inc. by Leon E. Lindenbaum   Seidman & Seidman by Samuel Weisbard   Ralph C. Read by Kurt L. Schultz   Sona Food Products Co., Inc., et al. by Sidney Mendlovitz   231 Club, et al. by Thomas A. Carraway   H. David Spirt, et al. by F. Michael Friedman   Max Lessin, et al. by Michael A. Bertz   Robert Helfand, et al. (Consolidated actions) by Lowell E. Sachnoff |
| 12/21/76 | | APPEARANCES -- ROBERT N. CAFFARELLI, ESQ. for Ronald E. Spiegel and Howard Swiger   ABRAHAM S. ROBINSON, ESQ. for Harvey L. Orner   GERALD M. WERKSMAN, esq. for Brendan Casey |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-4 for hearing Jan 28, 1977, Miami, Florida |
| 12/27/76 | | LETTER -- COUNSEL FOR BERNARD A. MAGDOVITZ -- JOINDER IN MOTION |
| 12/28/76 | | APPEARANCE -- Howard A. Tullman for Erwin Berman |
| 12/29/76 | 2 | RESPONSE -- MAX LESSIN, ET AL. w/Exhibits A through K and cert. of service |
| 1/4/77 | | APPEARANCE -- ~~ARTHURXAUMANXFOR~~ ROGER PRICE FOR Arthur Auman |
| 1/10/77 | 3 | REPLY-- CENCO, INC., VAN ZELST, GELVIN |
| 1/13/77 | 4 | RESPONSE -- Defendant Seidman & Seidman w/cert. of svc. |
| 1/17/77 | | APPEARANCE -- ROSEMARIE J. GUADNOLO, ESQ. -- Rose Packaging Corp. |
| 1/18/77 | | APPEARANCE -- Stanley R. Wolfe for John and Joseph Cucinotta |
| ~~1/18/77~~ 1/21/77 | 5 | RESPONSE -- JOHN & JOSEPH CUCINOTTA w/exhibits A through F |
| | 6 | SUPPLEMENTAL AFFIDAVIT -- Michael A. Bertz w/cert. of service. |
| 1/21/77 | 7 | Movants amendment to schedule A -- to include all actions presently consolidated under 75C2227 (76C3854, 76C3997 and 75C2506, 75C2981, 75C3394, 76C1085, 76C4496) B-1, and the action pending in the C.D. Calif, A-4 in the request to transfer under 28 U.S.C. §1407. |
| 1/24/77 | 8 | SUPPLEMENTAL RESPONSE -- John Cucinotta and Joseph Cucinotta w/cert. of service. |
| 1/26/77 | | WAIVER OF ORAL ARGUMENT -- David Adler, Ben Barkin, Homer Chapin, and David Fromkin; Ronald E. Spiegel; Ralph C. Read. 1/28/77 hearing, Miami, Fl. |

JPML FORM 1A - Continuation                                  DOCKET ENTRIES -- p. 2

DOCKET NO. 291 -- In re Cenco Incorporated Securities Litigation

| Date | No. Code | |
|---|---|---|
| 1/28/77 | | SUPPLEMENTAL RESPONSE -- Plaintiffs Lessin w/cert. of service filed at hearing 1/28/77 in Miami, Fl. |
| 1/28/77 | | AFFIDAVIT OF STANLEY R. WOLFE, ESQ. for Cucinotta filed at hearing 1/28/77 in Miami, Fl. |
| 7/25/77 | | CONSENT OF TRANSFEREE COURT -- For Judge John Powers Crowley to handle litigation in the N. D. Illinois Under 28 U.S.C. §1407 |
| 7/25/77 | | OPINION AND ORDER -- Transferring A-4 to the N.D. Illinois Under 28 U.S.C. §1407 for assignment to Judge John P. Crowley |
| 8/18/77 | | B-2 JULIUS LEVIN, ET AL. V. CENCO, INC., ET AL., N.D. CA., C77-1385-CFP CTO filed today. Notified counsel, involved judges |
| 9/6/77 | | B-2 Julius Levin, et al. v. Cenco, Inc. et al., N.D.CA., C77-1385-CFP CTO FINAL TODAY, NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 6/14/78 | | NOTIFICATION OF CHANGE OF ADDRESS -- JAMES GOLDMAN, ESQ. for Defendant BERNARD A. MAGDOVITZ |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION    p.3

DOCKET NO. 291 -- In re Cenco Incorporated Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 11/1/78 | 9 | MOTION FOR TRANSFER OF TAG-ALONG ACTION -- United States Steel and Carnegie Pension Fund, Inc., et al. v. Cenco Incorp., S.D.N.Y., C.A. No. 78-Civ-3143(LFM) -- filed by Cenco Incorporated w/cert. of svc. (ea) |
| 11/13/78 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff U.S. Steel GRANTED to and including 11/27/78 (rew) |
| 11/16/78 | 10 | RESPONSE -- Plaintiff Fromkin w/cert.of svc. (ea) |
| 12/12/78 | | ORDER DENYING TRANSFER AS MOOT -- (B-3) U.S. Steel and Carnegie Pension Fund, Inc., et al. v. Cenco Inc., S.D.N.Y., #78-Civ-3143 -- Notified involved counsel, judges and clerks (cds) |
| 12/12/78 | | Memorandum/Order dated November 17, 1978 regarding B-3 and signed by Judge Lloyd F. MacMahon (cds) |
| 81/07/07 | 11 | LETTER NOTIFICATION OF RESIGNATION eff. 6/30/81 by Judge John Powers Crowley dated 6/30/81. (eaf) |
| 81/07/07 | | ORDER REASSIGNING LITIGATION from Judge John Powers Crowley to Judge Marvin E. Aspen, in accordance with Local Rules for the U.S. Dist. Ct. for the N.D.Ill for the remainder of the coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |

DOCKET NO. 291 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CENCO INCORPORATED SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 1/28/77
Consolidation Ordered 7/25/77      Consolidation Denied _____
Opinion and/or Order _____
Citation _____

reassigned to Hon. Marvin E. Aspen
Transferee District NORTHERN DISTRICT OF ILLINOIS      Transferee Judge ~~JOHN POWERS CROWLEY~~

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| | CONSOLIDATED ACTIONS (also listed as A-1) (~~Helfand 75C2227, Logan 75C2506, Koerner 75C3394, Merrit 75C2981 and Cohon 76C1005~~) -- 5 actions  *Tony Merrit v Seidman, et al* | Noel | 75C2981 | | | July 1, 1978 | 7R 1v2 |
| A-1 | Robert Helfand, et al. v. Cenco, Inc., et al. | N.D.Ill | 75C 2227 | ✓ | | 7/10/86 D | |
| A-2 | Melville N. Rothschild, Jr., et al. v. Cenco., Inc., et al. | N.D.Ill | 76C 3854 | | | 11/30/80 | |
| A-3 | Max Lessin, et al. v. Cenco, Inc., et al. | C.D.Cal | CV76-1229-F | 7/25/77 | 77C2952 | | |
| A-4 | 231 Club, etc., et al. v. Cenco, Inc. | N.D.Ill | 75 C 4496 | | | 7/20/80 D | |
| XYZ-1 | John Cucinotta, et al. v. Cenco, Inc. et al. | N.D.Ill | 75C 3997 | ✓ | | 7/10/86 D | |
| B-1 | H. David Spirit, et al. v. Cenco., Inc., et al. | N.D.Ill | 75C 4310 | | | 7/20/80 D | |
| B-2 | Julius Levin, et al. v. Cenco., Inc., et al. | N.D.Cal | C77-1385-CFP | 9/6/77 | 77C3467 | 7/10/86 D | |
| XYZ-2 | Ralph L. Levin v. Cenco., Inc., et al. | N.D.Ill | 76C4788 | | | 7/ 80 D | |

DOCKET NO. 291 -- IN RE CENCO INC. SECURITIES LITIGATION -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-3 | Marion S. Kahn v. Cenco, Inc., et al. | N.D.Ill | 77C4008 | | | 7/10/86 | |
| XYZ-4 | Sylvia Woocher, et al. v. Cenco Incorporated | N.D.ILL | 77C4068 | | | 7/10/78 | |
| B-3 | United States Steel and Carnegie Pension Fund, Inc., et al. v. Cenco Incorporated | S.D.N.Y. MacMahon | 78-Civ-3143 (LFM) | | | | |

*July 1983 - 5 pgs*
*July 1984 - Same*
*July 1985 - Same*
*July 1986 - Same*
*July 1987 - Same*
*July 1988 - Same*
*July 1989 - Same*
*July 1990 - Same*
*July 1992 - Litigation Closed 7/10/86  (5 cases dismissed)*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 291 -- IN RE CENCO INCORPORATED SECURITIES LITIGATION

---

ROBERT HELFAND, ET AL. (A-1)
Lowell E. Sachnoff, Esquire
Sachnoff, Schrager, Jones & Weaver, Ltd.
One IBM Plaza, Suite 4700
Chicago, Illinois  60611

JOHN CUCINOTTA, ET AL. (A-2)
David Berger, Esq.
1622 Locust Street
Philadelphia, Pennsylvania  19103

MELVILLE N. ROTHSCHILD, JR., ET AL. (A-3)
Landesman, Schwartz & Auslander
10 South LaSalle Street
Chicago, Illinois  60603

MAX LESSIN, ET AL. (A-4)
Michael A. Bertz
523 W. Sixth Street
Suite 440
Los Angeles, Calif. 90014

H. DAVID SPIRT, ET AL.
F. Michael Friedman, Esquire
510 Three Penn Center Plaza
Philadelphia, Pennsylvania  19102

231 CLUB, ET AL.
Thomas A. Carraway, Esquire
Rives, Peterson, Pettus, Conway,
   Elliott & Small
800 First National-Southern Natural Bldg.
Birmingham, Alabama  35203

SONA FOOD PRODUCTS, ET AL.
Sidney Mendlovitz, Esquire
Curry & Mendlovitz
3711 Long Beach Blvd., Suite 401
Long Beach, California  90807

RALPH C. READ
Kurt L. Schultz, Esquire
Winston & Strawn
One First National Plaza
Chicago, Illinois  60603

SEIDMAN & SEIDMAN
Samuel Weisbard, Esquire
McDermott, Will & Emery
111 West Monroe Street
Chicago, Illinois  60603

CENCO INCORPORATED
THEODORE VAN ZELST
PHILIP D. GELVIN
SEELECT DIETARY PRODUCTS, INC.
Leon E. Lindenbaum, Esquire
Walsh, Case & Coale
104 South Michigan Avenue
Chicago, Illinois  60603

BERNARD A. MAGDOVITZ
James Goldman, Esquire
Kadison, Pfaelzer, Woodard, Quinn
   & Rossi
707 Wilshire Boulevard
Fortieth Floor
Los Angeles, California  90017

DAVid FROMKIN, executor of estate of
ALFRED A. STRELSIN
Keith F. Bode, Esquire
Jenner & Block
One IBM Plaza
Chicago, Illinois  60611

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 291 -- IN RE CENCO INCORPORATED SECURITIES LITIGATION

---

DAVID ADLER
BEN BARKIN
HOMER CHAPIN
DAVID FROMKIN
David E. Beckwith, Esquire
Foley & Lardner
First Wisconsin Center
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

HOWARD SWIGER
RONALD E. SPIEGEL
Robert N. Caffarelli, Esq.
One IBM Plaza
Suite 2650
Chicago, Illinois 60611

JACK C. COULSON
Allan A. Ackerman, Esquire
100 North LaSalle Street
Chicago, Illinois 60602

DAVID MAROSE
_____
John J. Enright, Esquire
Arvey, Hodes, Costello & Burman
180 North LaSalle Street
Chicago, Illinois 60601

BRENDAN CASEY
Gerald M. Werksman, Esquire
100 North LaSalle Street
Chicago, Illinois 60602

Mr. Frank Kucharski
1727 North Wolcott
Chicago, Illinois

Mr. Thomas Howard
1143 Jeffrey Court
Northbrook, Illinois 60062

Mr. Robert Smith
65 Peach Drive
Roslyn, New York 11576

---

Mr. Russell Rabjohns — Corr. returned
6 Arthur Avenue
Clarendon Hills, Illinois 60514

Mr. Anthony Urso
8330 South Komensky
Chicago, Illinois 60652

Mr. Arthur Auman
4515 North Monitor
Chicago, Illinois 60630

Mr. Frederick W. Schmauss — undeliverable
8356 West Clay Drive
Denver, Colorado 80202

Mr. Charles Didriksen
821 Zinnia Lane
Plantation, Florida 33130

Mr. Edwin L. Berman
2896 Joyce Lane
Merrick, New York 11566

Mr. Reuben A. Katz
103-25 68th Avenue
Forest Hills, New York 11375

Mr. Elliot S. Kahn
Brastead
Cedar Swamp Road
Old Brookville, New York 11545

HARVEY L. ORNER
Abraham S. Robinson, Esq.
30 Rockefeller Plaza
43rd Floor
N.Y., N.Y. 10020

ERWIN BERMAN
Howard A. Tullman, Esquire
Levy and Erens
208 South LaSalle Street
Chicago, Illinois 60604

JPML FORM 2A -- Continuation

Attorney List -- p. 3

DOCKET NO. 291 -- IN RE CENCO INCORPORATED SECURITIES LITIGATION

ARTHUR AUMAN
Roger L. Price, Esq.
Aaron, Aaron, Schimberg
  & Hess ⊕ Suite 3350
One First National Pl.
Chicago, Ill. 60603

ROSE PACKAGING CORP.
Rosemarie J. Guadnolo, Esq.
Arvey, Hodes, Costello
  & Burman
180 North Lasalle St.
Suite 3800
Chicago, Illinois 60601

JULIUS LEVINE, ET AL. (B-2)
William E. Trautman, Esquire
Chickering & Gregory
111 Sutter Street
San Francisco, CA 94104

LEVIN HOSPITAL OF HAYWARD
Hayward, California




JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 291 -- In re Cenco Incorporated Securities Litigation

---

UNITED STATES STEEL, ET AL. (B-3)
Robert A. Bicks, Esq.
Breed, Abbott & Morgan
One Chase Manhattan Plaza
New York, New York 10005

SECURITIES AND EXCHANGE COMMISSION
William M. Hegan, Esq.
Peter B. Schaefer, Esq.
Securities and Exchange Comm.
219 S. Dearborn Street
Room 1204
Chicago, Illinois 60604

MAX LESSIN, ET AL. (A-3)
Refold & Steiniger
16255 Ventura Blvd.
Suite 1008
Encino, Calif. 91436

SONA FOOD PRODUCTS (pltf)
Curry & Mendlovitz
3711 Long Beach Blvd
Suite 401
Long Beach, Calif. 90807

RALPH C. READ
Edward L. Foote, Esq.
Kurt L. Schulz, Esq.
Winston & Strawn
One First National Plaza
Chicago, Illinois 60603

BERNARD A. MAGDOVITZ
John M. Bowlus, Esq.
Cotton, Watt, Jones, King & Bowlus
One IBM Plaza
Chicago, Illinois 60611

THEODORE VAN ZELST
William M. Ward, Esq.
Hartigan & Ward
120 South LaSalle Street
Chicago, Illinois 60603

SEIDMAN & SEIDMAN
John J. Bentley, III, Esq.
Latham & Watkins
555 S. Flower Street
Los Angeles, Calif. 90071

CENCO INC.
PHILIP D. GELVIN
THEODORE VAN ZELST
SEELECT DIETARY PRODUCTS, INC.
(Co-Counsel)
Lawrence I, Kirk, Esq.
Schwartz, Alschuler & Grossman
1880 Century Park East, Ste. 1212
Los Angeles, Calif. 90067

Garvin F. Shallenberger, Esq.
Rutan & Tucker
401 Civic Center Drive West
P.O. Box 1976
Santa Ana, Calif. 92702

ARTHUR AUMAN
Ronald Wilder, Esq.
Roger L. Price, Esq.
Aaron, Aaron, Schimberg & Hess
One First National Plaza
Chicago, Illinois 60603

ALFRED A. STRELSIN
Samuel Beck, Esq.
225 Broadway
New York, New York 10007

PLAINTIFF MERRIT
Philip Pierce, Esq.
Ronald Shindler, Esq.
Booth, Lipton & Lipton
405 Park Avenue
New York, New York 10022

ANTHONY URSO
David Krneta, Esq.
Chisholm & Krneta
7909 S. Parkside
Burbank, Illinois 60459

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 5

DOCKET NO. 291 --

COUNSEL FOR PLAINTIFF (SUB-GROUP, IN-OUTERS)
Lawrence J. Fox, Esq.
Drinker, Biddle & Reath
1100 Philadelphia Nat'l Bank Bldg.
Philadelphia, Penn. 19107

RALPH L. LEVIN (XYZ-2)
Lawrence H. Eiger, Esq.
Robert A. Skirnick, Esq.
135 S. LaSalle Street
Room 2323
Chicago, Ill. 60603

RUSSELL RABJOHNS, JR.
William E. Ray, Esq.
William E. Ray, Jr., Esq.
The Professional Bldg.
Minocqua, Wisc. 54548

ROBERT HELFAND, ET AL. (A-1)
Stuart Wechsler, Esq.
Kass, Goodkind, Wechsler & Gerstein
122 East 42nd Street
New York, New York 10017

COUNSEL FOR PLAINTIFF
Francis J. McConnell, Esq.
McConnell & Campbell
135 S. LaSalle Street
Chicago, Ill. 60603

CHARLES DIDRIKSEN
Thomas J. Regan, Esq.
Pope, Ballard, Shepard & Fowle
69 W. Washington Street
Chicago, Ill. 60602

Paul Periot, Esq.
Paul Lieberman, Esq.
Periot, Duerk & Carlson, P.C.
1001 Connecticut Ave., N.W.
Washington, D.C. 20046

ELLIOT S. KAHN
Louis A. Mangone, Esq.
485 Madison Ave.
New York, New York 10022

MR. FREDERICK SCHMAUSS
Pro Se
14129 Quebec Ave., South
Savage, Minn. 55378

THOMAS HOWARD
Robert D. Glick, Esq.
Narcisse A. Brown, Esq.
Schwartz, Cooper, Kolb & Gaynor

ROBERT A. SMITH
Stephen C. Shamberg, Esq.
Friedman & Koven
208 S. LaSalle Street
Chicago, Ill. 60604

Leon Gold, Esq.
Shea, Gould, Climenko & Case
330 Madison Ave.
New York, New York 10017

PLAINTIFF LOGAN
Lawrence Walner, Esq.
Lawrence Walner & Assoc., Ltd.
200 East Randolph Drive
Suite 7205
Chicago, Ill. 60601

ESTATE OF JOSEPH WEINER
Stephan A. Weiner, Esq.
Winthrop, Stimson, Putnam & Roberts
40 Wall Street
New York, New York 10005

CURTISS-WRIGHT CORP. (3rd Party Deft.)
Allan Horwich, Esq.
Schiff, Hardin & Waite
7200 Sears Tower
233 S. Wacker Drive
Chicago, Ill. 60606

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 291 -- IN RE CENCO INCOPRORATED SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cenco, Inc. | A-1; A-2; A-3; A-4 B-2, B-3 |
| Ralph C. Read | A-1; A-3; A-4 B-2 |
| Alfred A. Strelsin Deceased | A-1; A-3; A-4 B-2 |
| Theodore Van Zelst | A-1; A-3; A-4 B-2 |
| Ronald E. Spiegel | A-1; A-4 B-2 |
| Bernard A. Magdovitz | A-1; A-3; A-4 B-2 |
| Thomas Howard | A-1 |
| David ~~Thomas~~ Adler | A-1; A-3 |
| Ben Barkin | A-1; A-3 |
| Homer N. Chapin | A-1; A-3 |
| David Fromkin | A-1; A-3; A-4 B-2 |

p. 2

| Name | Codes |
|---|---|
| Philip D. Gelvin | A1; A-4 B-2 |
| Joseph L. Weiner Deceased | A1 |
| Seidman & Seidman | A1; A-2; A-3; A-4 |
| Howard L. Swager | A1 |
| Robert A. Smith | A1 |
| Russell C. Rabjohns, Jr. | A1 |
| Brendan Casey | A1 |
| Anthony Urso | A1 |
| Arthur Auman | A1 |
| Jack C. Coulson | A1 |
| Frederick W. Schmauss | A1 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 291 -- IN RE CENCO INCORPORATED SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Charles Didriksen | A1 |
| Elliot L. Berman | A1 |
| Rueben A. Katz | A1 |
| David Marose | A1 |
| Rose Packaging Corp. | A1 |
| SEELECT DIETARY PRODUCTS, INC. | |
| FRANK KUCHARSKI | B-2 |
| Leura Hass of Hayward, Inc. | B-2 |
| ~~Frank Kucharski~~ | ~~A~~ |
| Siedman & Siedman | B-2 |
| | |